NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR STANLEY, INC.,**

*Plaintiff-Appellee,*

**v.**

**CREATIVE PIPE, INC., AND MARK T. PAPPAS,**

*Defendants-Appellants,*

**AND**

**STEPHANIE E. PAPPAS, AND JOHN DOE,**

**(also known as Fred Bass)**

*Defendants.*

---

2012-1638

---

Appeal from the United States District Court for the District of Maryland in No. 06-CV-2662, Judge Marvin J. Garbis.

---

**JUDGMENT**

---

ROBERT B. WOLINSKY, Hogan Lovells US, LLP, of Washington, DC, argued for plaintiff-appellee.

JOSHUA J. KAUFMAN, Venable, LLP, of Washington, DC, argued for defendants-appellants. Of counsel on the brief was JAMES A. ROTHSCHILD, Anderson, Coe & King, LLP, of Baltimore, Maryland.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, *Circuit Judges,* and DAVIS,* *Chief District Judge*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| February 20, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
|  | Clerk |

—————————————

* Honorable Leonard Davis, Chief Judge, United States District Court for the Eastern District of Texas, sitting by designation.